IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MAGNA ELECTRONICS INC. ) ) Plaintiff, ) ) v. ) ) TRW AUTOMOTIVE HOLDINGS CORP.; ) TRW AUTOMOTIVE US LLC; and ) TRW VEHICLE SAFETY SYSTEMS INC. ) ) Defendants. ) _____ ) | Civil Action No. 1:13-cv-00324 Honorable Paul L. Maloney |

## **ORDER**

These matters came to be heard upon stipulation for an extension of time for Defendants to answer or otherwise plead in response to the Plaintiff's new claims of infringement for a period of one month up to and including September 30, 2013.

After due consideration and good cause appearing, it is hereby ordered that the Stipulation is GRANTED and the period for Defendants to answer or otherwise plead in response is extended up to and including September 30, 2013.

Dated:  August 26, 2013

/s/ Joseph G. Scoville
United States Magistrate Judge