UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MAGNA ELECTRONICS, INC.,          )<br>       Plaintiff,          )<br>          )<br>-v-          )<br>          )<br>TRW AUTOMOTIVE HOLDINGS CORP.,          )<br>TRW AUTOMOTIVE US LLC, and          )<br>TRW VEHICLE SAFETY SYSTEMS, INC.,          )<br>       Defendants.          )<br>                 ) | No. 1:12-cv-654; 1:13-cv-324<br><br>HONORABLE PAUL L. MALONEY |

**ORDER EXTENDING EXPERT REPORT DEADLINE**

In this matter, the deadline for response expert reports is June 10, 2015. Currently pending before the Court is Plaintiff Magna's motion to strike TRW's Fourth Supplemental Disclosure of Prior Art, in which Magna requests alterations of TRW's initial expert report. Because the disposition of the motion to strike may impact the initial expert report and presumably the responsive expert report, the Court will adjust the June 10, 2015 expert report deadline *sua sponte* pursuant to its broad authority to control its docket. Accordingly, responsive expert reports must be submitted by **June 24, 2015.** The election on advice of counsel deadline is also moved to **June 29, 2015.** All other deadlines remain the same, including the expert and opinion discovery deadline of July 16, 2015.

**IT IS SO ORDERED.**

Date:  June 8, 2015     /s/ Paul L. Maloney
                        Paul L. Maloney
                        Chief United States District Judge